IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

          Plaintiff,

v.

R.J. VAN DRUNEN & SONS, INC.,

          Defendant.

ORDER

17-cv-320-wmc

IT IS ORDERED that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, HFI KFT, in Hungary. Service shall be effected through the Central Authority in Hungary, consistent with the Hague Convention.

Entered this ___ day of May, 2017.

BY THE COURT:

WILLIAM M. CONLEY
District Judge